DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
CITY OF LOS BANOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; and DOES 1-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**ORDER RE: EXTENSION OF FACT DISCOVERY & EXPERT DISCLOSURE DEADLINES**<br><br>Hon. Morrison C. England<br><br>Trial:    January 9, 2017 |

Pursuant to the parties' stipulation, the pretrial order (ECF No. 9) is hereby amended such that the Discovery cut-off date is March 9, 2016, and the Expert Disclosure date is April 1, 2016.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT