UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as Successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS BANOS, a municipal corporation; and DOES 1-50 <br><br> Defendants. | Case 2:15-cv-00531 MCE-KJN <br><br> ORDER <br><br> Honorable Judge Morrison C. England Jr. |

Pursuant to the parties' stipulation, Plaintiff is hereby permitted to file a First Amended Complaint. Not later than two (2) days following the date this order is electronically filed, Plaintiff shall file that amended complaint on the docket.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT