UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, et al., | No. 2:15-cv-0531-MCE-KJN |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| CITY OF LOS BANOS, et al., | |
| Defendants. | |

On February 29, 2016, the court conducted an informal telephonic discovery conference concerning certain requests for production of documents ("RPD") propounded by plaintiffs on defendants. At the conference, attorney Melissa Nold appeared on behalf of plaintiffs, and attorneys Dale Allen and Philip Downs appeared on behalf of defendants. For the reasons discussed with the parties at that conference, IT IS HEREBY ORDERED that:

1. As to RPD Set One No. 9, defendants shall produce, for any of the non-defendant officers who later arrived at the scene of the incident, any internal affairs records that relate to discipline for tampering with evidence, dishonesty, or incidents of improper omission of information from reports that actually rose to the level of an investigation. Such records shall be provided no later than March 4, 2016.

////

1

2. As to RPD Set One No. 10, the court denies plaintiffs' request for any further production of post-incident internal affairs records involving officer Acosta beyond what defendants have already produced.

3. As to RPD Set One No. 11, defendants shall provide plaintiffs with a declaration under penalty of perjury from an appropriate person who was present at the interview of officer Acosta, who explains that a video recording of the interview was never made due to error, malfunction, or other articulated reasons. The declaration shall be provided no later than March 4, 2016.

4. As to RFP Set One No. 11, defendants shall further provide to plaintiffs the results of any gunshot residue testing when it becomes available. Defendants have agreed to provide such results even if it only becomes available after the discovery completion deadline.

5. As to RFP Set Two Nos. 23 and 24, the court declines to rule on defendants' production obligations at this juncture, especially as defendants' responses are not yet due. Nevertheless, the parties have agreed to cooperate to seek any responsive documents from the VA by (a) defendants requesting such documents from the VA directly with appropriate authorization from officer Acosta, and (b) plaintiffs subpoenaing such documents from the VA, with an appropriate authorization from officer Acosta provided by defendants and with production in response to that subpoena to be made only to defendants' counsel. Once defendants have received and reviewed the documents, and if the parties are unable to informally resolve their dispute with respect to whether such documents need to be produced to plaintiffs, defendants may submit any disputed documents to the court for *in camera* review before the operative discovery completion deadline. Plaintiffs have also agreed to seek a narrow extension of the discovery deadline from Judge England for the limited purpose of facilitating such production and resolution of related disputes.

////

////

1       IT IS SO ORDERED.

2 Dated: March 1, 2016

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE