UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as Successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, a municipal corporation; and DOES 1-50<br><br>Defendants. | Case 2:15-cv-00531 MCE-KJN<br><br>ORDER<br><br>Honorable Judge Morrison C. England Jr. |

Good cause having been shown, it is hereby ordered that the deadline for fact discovery shall be extended to April 6, 2016, for the limited purpose of obtaining and producing documents responsive to Plaintiff's Request for Production of Documents Two, Requests 23 and 24 and permitting in camera review.

IT IS SO ORDERED.

Dated:  March 8, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1