1  DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
2  PHILIP J. DOWNS, JR. State Bar No. 302939
pdowns@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  TAN LAM, as successor-in-interest to               Case No.: 2:15-cv-00531-MCE-KJN
Decedent SONNY LAM ("aka" Son Tung
12  Lam) and individually,                              **PARTIES' STIPULATION TO PRECLUDE
AND SUPPRESS OFFICER BORCHARDT'S
13                          Plaintiffs,                 DEPOSITION EXHIBIT NO. 2 AND ORDER**

14           v.                                         Hon. Chief Judge Morrison C. England, Jr.

15  CITY OF LOS BANOS, a municipal                      Date:      n/a
corporation; et al.,                                   Time:      n/a
16                                                      Ctrm:      7
                            Defendants.
17                                                      Trial:      January 09, 2017

18

19          After having met and conferred, the Parties agree and hereby stipulate, through their

20  attorneys of record:

21          1.       The Parties agree that the document marked as 'Exhibit 2', as attached to the

22  deposition testimony of Officer Christopher Borchardt (attached herein as Ex. "A" to this

23  Stipulation; herein referred to as 'Exhibit 2' to avoid confusion) contains errors and is incorrect;

24          2.       During his deposition, Officer Borchardt was asked, *inter alia*, to indicate the

25  location of the Decedent when Officer Borchardt first entered the Plaintiff's residence by using

26  and labeling a sticker as "Lam", and appending that sticker to the subject exhibit;

27          3.       The Parties agree that the "Lam" sticker on 'Exhibit 2' is not where Officer

28  Borchardt had placed the it during his deposition testimony;

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

92503.1

4.     The Parties are unaware how the sticker became removed from its correct, initial location;

5.     The Parties agree that because 'Exhibit 2' is incorrect it should be precluded from becoming part of any evidentiary record and should therefore be suppressed;

6.     The Parties agree that 'Exhibit 2' shall not be used for any purpose before, during or after trial in this matter.

7.     The Parties have agreed to replace 'Exhibit 2' with a correct version, to accurately reflect where Officer Borchardt had placed the "Lam" sticker during his deposition; and, notwithstanding any objections to the replacement, the Parties agree that 'Exhibit 2' shall remain precluded and suppressed from the evidentiary record in this matter.

Respectfully submitted,

Dated:  March 29, 2016

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By:   */s/ Philip J. Downs, Jr.*
     DALE L. ALLEN, JR.
     PHILIP J. DOWNS, JR.
     Attorneys for Defendants
     CITY OF LOS BANOS and JAIRO ACOSTA

Dated:  March 29, 2016     LAW OFFICES OF JOHN L. BURRIS


By:   */s/ Melissa Nold*
     MELISSA NOLD
     Attorneys for Plaintiff
     TAN LAM

IT IS SO ORDERED.

Dated:  April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION TO SUPPRESS EXHIBIT 2
2:15-CV-00531-MCE-KJN

92503.1