The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as Successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, a municipal corporation; and DOES 1-50<br><br>Defendants. | Case 2:15-cv-00531 MCE-KJN<br><br>ORDER<br><br>Honorable Judge Morrison C. England Jr. |

Good cause having been shown, it is hereby ordered that: (1) the Expert Witness Disclosure deadline is extended to April 21, 2016; (2) the Expert Rebuttal deadline is extended to May 5, 2016; and (3) the close of expert discovery shall be May 19, 2016.

IT IS SO ORDERED.

Dated:  April 5, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1