1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  PHILIP J. DOWNS, JR., State Bar No. 302939
   pdowns@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   CITY OF LOS BANOS and JAIRO ACOSTA

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12  TAN LAM, as successor-in-interest to          Case No.: 2:15-cv-00531-MCE-KJN
    Decedent SONNY LAM ("aka" Son Tung
13  Lam) and individually,                        **DEFENDANTS' RE-SUBMITTED REQUEST
                                                  TO SEAL DOCUMENTS AND ORDER
14                                                GRANTING REQUEST TO SEAL PURSUANT
                    Plaintiffs,                   TO L. R. 141, BATES DOCS NO.'S 719 – 766, &
15                                                768 – 776, INCLUSIVE**
          v.
16                                                Hon. Chief Judge Morrison C. England
    CITY OF LOS BANOS, a municipal
17  corporation; JAIRO ACOSTA,
    individually and in his official capacity as  Trial:      January 9, 2017
18  Police Officer for the CITY OF LOS
    BANOS; and DOES 2-50,
19
                    Defendants.
20

21  **I.     INTRODUCTION**

22          With instructions provided by Magistrate Judge Kendall J. Newman's legal clerk,

23  Defendants resubmit this Request to Seal documents numbered as BATES "COLB (Lam) 719 –

24  766" & "COLB (LAM) 768 – 776", inclusive. This Request is submitted pursuant to E.D. L.R.

25  Rule 141, and in accordance with the Parties' stipulated Protective Order signed by Magistrate

26  Judge Kendall J. Newman.

27  ///

28  ///

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

93347.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

## II.    **FACT BACKGROUND**

Defendants produced the documents "719 -766" on March 30, 2016 to plaintiff's counsel Ms. Melissa Nold, in person. Defendants produced to Plaintiff's counsel, via email and mail, a copy of documents "768 – 776". Copies of the same are submitted along with this request. Defendants met and conferred with counsel on April 4, 2016, and again on April 7, 2016. Defendants informed counsel that Defendants intended to request those records be sealed. Defendants asked whether counsel had any objections. Counsel did not. (*Declaration of Philip Downs*).

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

REQUEST/ORDER
2:15-CV-00531-MCE-KJN

93347.1

1   III.   **REQUEST TO SEAL**

2        Defendants propose and request that BATES documents attached herein be sealed in order

3   to prevent the sensitive, personal subject matter contained therein from being viewed by the

4   public. Further, sealing these documents preemptively will obviate the need for the Parties to later

5   request leave of court to file documents under seal as attached exhibits to, e.g., to moving papers

6   on an *ad hoc* basis. Defendants wish to avoid dealing with possible, mistaken public disclosure of

7   such sensitive subject matter after the error has occurred. Therefore, Defendants request the Court

8   order BATES documents "COLB (Lam) 719 – 766" & "COLB (LAM) 768 – 776", inclusive, be

9   sealed.

10

11                                    Respectfully submitted,

12   Dated:  April 7, 2016            ALLEN, GLAESSNER,
                                       HAZELWOOD & WERTH, LLP

13

14                                    By: ___*/s/ Philip J. Downs, Jr.*_____
                                          DALE L. ALLEN, JR.

15                                        PHILIP J. DOWNS, JR.
                                          Attorneys for Defendants

16                                        CITY OF LOS BANOS and JAIRO ACOSTA

17        IT IS SO ORDERED.

18   Dated:  April 12, 2016

19

20   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE

21   UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

REQUEST/ORDER
2:15-CV-00531-MCE-KJN

93347.1