DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually, | Case No.: 2:15-cv-00531-MCE-KJN |
| Plaintiffs, | **ORDER** |
| v. | Hon. Judge Morrison C. England, Jr. |
| CITY OF LOS BANOS, a municipal corporation; et al., | |
| Defendants. | |

Good cause having been found, it is hereby ordered that Defendants CITY OF LOS BANOS and OFFICER JAIRO ACOSTA will stipulate to the authenticity  of documents BATES numbered "COLB (LAM) 719 – 766", and "COLB (LAM) 768 – 776", inclusive, as Officer Acosta's  Department of Veterans' Affairs records dating pre-incident.

IT IS SO ORDERED.

Dated:  April 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

93832.1