UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as Successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the City of Los Banos; and DOES 1-50<br><br><br>Defendants. | Case 2:15-cv-00531 MCE-KJN<br><br>**ORDER EXTENDING EXPERT DISCOVERY** |

///

///

///

PG. 1

Pursuant to the parties' stipulation and good cause having been found, it is hereby ordered that the close of expert discovery shall be extended to June 19, 2016.

IT IS SO ORDERED.

Dated: May 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE