DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF REBUTTAL EXPERT DISCLOSURE**<br><br>Hon. Chief Judge Morrison C. England, Jr.<br><br>Trial:    January 9, 2017 |

Defendants CITY OF LOS BANOS and OFFICER JAIRO ACOSTA (Defendants) filed an ex-parte application for an order allowing the following extensions to rebuttal expert disclosure (ECF No. 45):

(1)    An extension for rebuttal to Plaintiff's retained forensic expert, Mr. Jim Norris, until <u>May 18, 2016</u>; and,

(2)    An extension for rebuttal to Plaintiff's retained psychologist expert, Dr. Kris Mohandie, PhD, of not more than <u>10 days</u> following the anticipated deposition of federal employees of the Department of Veterans Affairs.

After full consideration of the papers and supporting evidence, with good cause appearing, the Court finds:

Defendants' Ex-Parte application for the above-described extension is GRANTED.

IT IS SO ORDERED.

Dated: May 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

98335.1

2

ORDER
2:15-CV-00531-MCE-KJN