DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**ORDER TO AMEND PRETRIAL ORDER (DOCUMENT NO. 9)**<br><br>Hon. Morrison C. England, Jr.<br><br>Trial:	January 9, 2017 |

**ORDER**

The undersigned Parties' filed a joint request to amend Doc. Entry No. 9 in order to extend the deadline for hearing dispositive motion as follows:

1.	To extend the dispositive motion hearing date to September 8, 2016;

2.	With Motion for Summary Judgment filed not later than July 14, 2016;

3.	With Opposition and any Cross-motion due August 4, 2016; and

4.	With Reply and Opposition to any Cross-Motion due August 18, 2016.

/ / /

1  Good cause having been shown, the Parties' requested extension is GRANTED.

2  IT IS SO ORDERED.

Dated: June 29, 2016

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: /s/ Philip J. Downs, Jr.
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA

Respectfully submitted,

Dated: June 29, 2016

LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante' D. Pointer
ADANTE' D. POINTER
MELISSA C. NOLD
Attorneys for Plaintiff
TAN LAM

Dated: July 6, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE