**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**LATEEF H. GRAY, Esp., SBN 250055**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Lateef.Gray@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam ) and individually,<br><br><br>Plaintiff,<br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as a Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br><br><br>Defendants. | Case No.: 2:15-cv-00531 MCE-KJN<br><br>**DECLARATION OF ADANTE D. POINTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 8. 2016<br>Time: 2:00 p.m.<br>Ctrm: 7, 14th Floor<br><br>Hon. Chief Judge Morrison C. England |

I, Adante D. Pointer, declare:

1. I am an attorney at the Law Offices of John Burris, and am an attorney for Plaintiff in this action.  I am licensed to practice law in the State of California and have been admitted to practice in this Court. I have personal knowledge of all the facts stated in this Declaration and am competent to testify to these facts if called on to do so.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Plaintiff Tan Lam.

3. Attached hereto as Exhibit B is a true and correct copy of the Merced County Coroner's Report by Dr. Super.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of defendant Officer Jairo Acosta.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Los Banos Police Department Incident Reports.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Daniel O'Day.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt from the deposition of Teresa Provencio.

8. Attached hereto as Exhibit G is a true and correct copy of an audio recording of Plaintiff Tan Lam's interview at the Los Banos Police Department.

9. Attached hereto as Exhibit H is a true and correct copy of of an audio recording of Plaintiff Tan Lam's interview with Los Banos Police Department on-scene after the subject incident.

10. Attached hereto as Exhibit I is a true and correct copy of the dispatch recording from Los Banos Police Department.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the deposition of Christopher Borchardt.

12. Attached hereto as Exhibit K is a true and correct copy of expert witness James Norris' FRCP 26 Report.

13. Attached hereto as Exhibit L is a true and correct *sealed* copy of records

1    pertaining to Defendant Jaira Acosta.

2    14. Attached hereto as Exhibit M is a true and correct copy of an audio recording of

3         Defendant Jairo Acosta's interview with Internal Affairs.

4    15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the

5         deposition of Sarah Yoshida.

6    16. Attached hereto as Exhibit K is a true and correct copy of expert witness Roger

         Clark's FRCP 26 Report.

7         I declare under penalty of perjury under the law of the State of California and the

8    United States of America tha the foregoing in true and correct.

9         Executed on July 5, 2016 in Oakland, California.

10

11   Dated: August 4, 2016                    **LAW OFFICES OF JOHN L. BURRIS**

12                                            ____/s/_____

13                                            Adanté D. Pointer