**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTÉ D. POINTER, Esq., SBN 236229**
**MELISSA C. NOLD, Esq., SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam ) and individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as a Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531 MCE-KJN<br><br>**ORDER ON PLAINTIFF'S REQUEST TO SEAL DOCUMENTS [L.R. 141]**<br><br>Date: September 8, 2016<br>Time: 2:00 p.m.<br>Ctrm: 7, 14th Floor<br><br>Hon. Chief Judge Morrison C. England |

    The Court, having read and considered the Request to Seal Documents submitted on behalf of Plaintiff TAN LAM, and good cause appearing:

///

---
NOTICE OF REQUEST TO SEAL DOCUMENTS AND REQUEST TO SEAL DOCUMENTS [L.R. 141]- NO. 2:15-cv-00531 MCE-KJN

1

It is hereby ordered that the Request to Seal Records Pertaining to Defendant Jairo Acosta's Fitness for Duty be sealed.

IT IS SO ORDERED.

Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE