DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF LOS BANOS and JAIRO ACOSTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**ORDER ON DEFENDANTS' REQUEST TO FILE RESPONSE AND EXHIBITS UNDER SEAL TO PLAINTIFF'S EXHIBIT FILED UNDER SEAL**<br><br>Hon. Chief Judge Morrison C. England<br><br>Date:    September 8, 2016<br>Time:    2:00 pm<br>Ctrm:    7, 14th Floor<br><br>Trial:    January 9, 2017 |

The Court has read and considered the Request to File Response and Exhibits Under Seal submitted on behalf of defendants City of Los Banos and Jairo Acosta.

///

///

///

///

///

///

1   Good cause having been shown, it is hereby ordered that the Request to File Response and
2 Exhibits Under Seal in response to plaintiff's Exhibit L is GRANTED and Defendants' Response
3 and Exhibits shall be sealed.

4   IT IS SO ORDERED.

5 Dated: August 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

119780.1

2

ORDER NOTICE TO FILE UNDER SEAL
2:15-CV-00531-MCE-KJN