# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, individually and as Successor-in-Interest to Decedent SONNY LAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-531<br><br><br>**ORDER GRANTING LEAVE TO FILE EXHIBIT #1 ATTACHED TO PLAINTIFF'S TRIAL BRIEF UNDER SEAL** |

　　Good cause having been shown, the court hereby grants Plaintiff leave to file Exhibit #1, attached to Plaintiff's Trial Brief under seal.

　　IT IS SO ORDERED.

**Dated:  June 7, 2018**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE