UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, individually and as Successor-in-Interest to Decedent SONNY LAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-531 MCE KJN<br><br>**ORDER SEEKING LEAVE TO RESET JOINT PRE-TRIAL STATEMENT DEADLINE** |

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby Ordered that the parties' Joint Pre-Trial Statement and associated document filing deadline is reset to June 1, 2018.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE