DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
JAIRO ACOSTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50, <br><br> Defendants. | Case No.: 2:15-cv-00531-MCE-KJN <br><br> **ORDER ON DEFENDANTS' REQUEST TO FILE MOTIONS IN LIMINE NO.'S 1 & 2 UNDER SEAL** <br><br> Hon. Chief Judge Morrison C. England <br><br> Date: June 28, 2018 <br> Time: 2:00 pm <br> Ctrm: 7, 14th Floor <br><br> Trial: August 6, 2018 |

The court, having read and considered the Request to File Under Seal Defendant's *Motion in Limine* no.'s 1 & 2, along with supporting exhibits attached thereto, and good causing appearing:

///
///
///
///
///

It is hereby ordered that Defendant's *Motion in Limine* No.'s 1 & 2, along with supporting exhibits attached thereto, be sealed.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE