DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>*AMENDED* ORDER ON DEFENDANTS' REQUEST TO FILE MOTIONS IN LIMINE NO.'S 1 & 2 UNDER SEAL<br><br>Hon. Chief Judge Morrison C. England<br><br>Date: June 28, 2018<br>Time: 2:00 pm<br>Ctrm: 7, 14th Floor<br><br>Trial: August 6, 2018 |

Defendant's Request to File Under Seal Defendant's *Motion in Limine* no.'s 1 & 2, along with supporting exhibits attached thereto, totaling 100 pages, is GRANTED.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE