DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**ORDER ON DEFENDANTS' REQUEST TO FILE RESPONSE AND EXHIBITS UNDER SEAL TO PLAINTIFF'S EXHIBIT FILED UNDER SEAL**<br><br>Hon. Chief Judge Morrison C. England<br><br>Date: June 28, 2018<br>Time: 2:00 pm<br>Ctrm: 7, 14th Floor<br><br>Trial: August 6, 2018 |

The court, having read and considered the Request to File reply briefs as to plaintiff's opposition papers to Defendant's MILs #1 and #2 Under Seal submitted on behalf of defendant Jairo Acosta, and good causing appearing:

///

///

///

///

///

It is hereby ordered that the said reply briefs in response to plaintiff's oppositions to MILs #1 and #2 be sealed.

IT IS SO ORDERED.

Dated: June 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

ORDER TO FILE UNDER SEAL (REPLY)
2:15-CV-00531-MCE-KJN