# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, individually and as Successor-in-Interest to Decedent SONNY LAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-cv-531<br><br>**ORDER GRANTING LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #1 AND #2 UNDER SEAL** |

    Good cause having been shown, the court hereby grants Plaintiff leave to Plaintiff's Opposition to Defendant's Motion in Limine #1, #2, and accompanying exhibits under seal.

    IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE