

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.

TAN LAM,                                       No. 2:15-cv-00531-MCE-KJN

    Plaintiff,

  v.                                           **WITNESS LIST**

CITY OF LOS BANOS, ET AL.,                     Deputy Clerk: S. Deutsch
                                               Court Reporter: Kimberly Bennett
    Defendants.
_____/

| NAME OF WITNESS | DATE | DIRECT (TIME) | CROSS (TIME) | REDIRECT (TIME) | RECROSS (TIME) |
|---|---|---|---|---|---|
| Mary Jimenez (deposition read by, Briana Cravanas) | 8/6/2018 | 2:34 p.m. | 2:59 p.m. | | |
| Kris Mohandi (for defense, <u>Daubert</u> motion) | 8/6/2018 | 3:23 p.m. | | | |
| Kris Mohandi | 8/6/2018 | 3:36 p.m. | 4:11 p.m. | 4:26 p.m. | |