# FILED

AUG 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to decedent SONNY LAM (aka Son Tung Lam) and individually, | No. 2:15-cv-00531-MCE-KJN |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as a Police Officer for the CITY OF LOS BANOS, | |
| Defendants. | |

We, the jury, unanimously, find as follows:

### FOURTH AMENDMENT

QUESTION 1: Did Defendant Jairo Acosta use unreasonable force against Sonny Lam in violation of the Fourth Amendment?

YES ___X___ NO _____

If you answered "yes" to Question 1, please proceed to the next question.

If you answered "no," please proceed to Question 5.

1

QUESTION 2: Was Defendant Jairo Acosta's use of unreasonable force a cause of Sonny Lam's injury, damage, harm, or death?

YES __X__ NO _____

If you answered "yes" to Question 2, please proceed to the next question.

If you answered "no" to Question 2, please proceed to Question 5.

## BANE ACT

QUESTION 3: Did Defendant Jairo Acosta intentionally interfere with Decedent Sonny Lam's civil rights by threats, intimidation, or coercion?

YES _____ NO __X__

Please proceed to the next question.

## FOURTEENTH AMENDMENT

QUESTION 4: Did Defendant Jairo Acosta violate Plaintiff Tan Lam's right to have a familial relationship with his son, Sonny Lam, in violation of the Fourteenth Amendment?

YES __X__ NO _____

Please proceed to the next question.

## NEGLIGENCE

QUESTION 5: Was Defendant Jairo Acosta negligent under state law in the death of Sonny Lam?

YES __X__ NO _____

If you answered "yes" to Question 5, please proceed to Question 6.

If you either answered "no" or did not answer each and every one of the foregoing questions, please sign and return this verdict form.

Otherwise, if you answered "no" to Question 5, but answered "yes" to any of the foregoing questions, please proceed to Question 8.

QUESTION 6: Was Defendant Jairo Acosta's negligence a substantial factor in causing the death of Decedent Sonny Lam?

YES __X__ NO _____

If you answered "yes" to Question 6, please proceed to Question 7.

If you answered "no" to Question 6, please proceed to Question 8.

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

QUESTION 7: Was Jairo Acosta's negligence a substantial factor in causing serious emotional distress to Tan Lam?

YES __X__ NO _____

Please proceed to the next question.

## DAMAGES

To reiterate, you should proceed to Question 8 only if you answered "yes" to Questions 2, 3, 4, 6 or 7.

QUESTION 8: What are Sonny Lam's pre-death damages for past noneconomic loss, including physical pain/mental suffering?

$ 260,000.00

Please proceed to the next question.

QUESTION 9: What are Plaintiff Tan Lam's damages for past and future loss of Decedent Sonny Lam's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past: $ 150,000.00

Future: $ 1,250,000.00

Total: $ 2,000,000.00

Please proceed to the next question.

QUESTION 10: If you answered yes to Question 7, what are Plaintiff Tan Lam's emotional distress damages? If you answered "no" to Question 7, please leave this answer blank.

$ 500,000.00

Please proceed to the next question.

QUESTION 11: Was Sonny Lam negligent in contributing to his own harm?

YES __X__ NO _____

If you answered "no" to Question 11, please proceed to Question 14.

If you answered "yes" to Question 11, please proceed to the next question.

QUESTION 12: Was Sonny Lam's negligence a substantial factor in causing the harm?

YES __X__ NO _____

If you answered "no" to Question 12, please proceed to Question 14.

If you answered "yes" to Question 12, please proceed to the next question.

4

QUESTION 13: What is the percentage of harm (must equal 100%), if any, for:

Jairo Acosta: _70_

Sonny Lam: _30_

## PUNITIVE DAMAGES

QUESTION 14: Was the conduct of Defendant Jairo Acosta malicious, oppressive or in reckless disregard of Decedent Sonny Lam's rights?

YES _X_ NO _____

$ 0.00 AB 8|15|2018

Please sign and date this verdict form, and proceed to answer the Special Interrogatories included on the following pages.

DATED: _8|15|2018_          _Amy Bradley / AMY BRADY_
                              JURY FOREPERSON

5

# SPECIAL INTERROGATORIES

If you answered "yes" to Question 2, please answer the following Special Interrogatories. If you answered "no" to Question 2, please leave these Special Interrogatories blank and sign and date this form.

SPECIAL INTERROGATORY 1: Did Sonny Lam stab Officer Acosta with a pair of scissors?

YES __X__ NO _____

SPECIAL INTERROGATORY 2: Did Sonny Lam grab Officer Acosta's firearm prior to Officer Acosta firing the first gunshot?

YES _____ NO __X__

SPECIAL INTERROGATORY 3: Did Officer Acosta retreat from Sonny Lam after firing the first gunshot?

YES __X__ NO _____

SPECIAL INTERROGATORY 4: Did Sonny Lam approach Officer Acosta with scissors before Officer Acosta fired his gun the second time?

YES _____ NO __X__

DATED: 8/15/2018

Amy Brady / Amy Brady
JURY FOREPERSON

6