# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

TAN LAM,

      v.

CASE NO: **2:15–CV–00531–MCE–KJN**

CITY OF LOS BANOS, ET AL.,

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/15/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **August 16, 2018**

by: /s/ J. Donati
Deputy Clerk