JOHN L. BURRIS, ESQ., SBN 69888
ADANTE D. POINTER ESQ., SBN 236229
MELISSA C. NOLD ESQ., SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oak port Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>                 Plaintiff,<br><br>   v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>                 Defendants. | Case No.: 2:15-cv-00531-MCE-KJN<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR THE FILING OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES (L.R. 144 & 293)**<br><br>Hon. Morrison C. England, Jr. |

## **STIPULATION**

    The parties to the above-entitled action hereby stipulate, pursuant to Civil Local Rules 144 and 293, that the time for Plaintiff to file his motion for attorneys' fees be enlarged following the Entry of the Judgment in Plaintiff's favor in the above-entitled action on August 17, 2018. Plaintiff's motion for attorneys' fees shall be filed no later than 30 days after post-trial motions are decided by the Court.

    Good cause for the enlargement of time exists based on the likelihood that Defendant will file post-trial motions in this case, which would necessarily impact Plaintiff's motion for attorneys' fees,

however such motions may be decided. In addition, the enlargement of time will allow that the attorneys for the parties can meet and confer regarding Plaintiff's motion for attorneys' fees, whether Defendant intends to contest the judgment and/or attorneys' fees, and so that attorneys' fees may be completely and accurately calculated.

In the event that Defendant does not file post-trial motions in this matter, the parties request that time be enlarged such that Plaintiff's motion for attorneys' fees shall be filed no later than 30 days after Defendant's post-trial motions would be due to be filed, calculated from the last day of any enlargement of time ordered by the Court for Defendant to file post-trial motions.


Respectfully submitted,

**Law Offices of John L. Burris**

Dated: August 20, 2018
/s/*Adante Pointer*____
ADANTE POINTER
Attorneys for Plaintiff


Respectfully submitted,

Dated: August 20, 2018

Allen, Glaesner, Hazelwood & Worth


___/s/ *Dale Allen*_____
DALE ALLEN
Attorneys for Defendants

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12   TAN LAM, as successor-in-interest to          Case No.: 2:15-cv-00531-MCE-KJN
     Decedent SONNY LAM ("aka" Son Tung
13   Lam) and individually,                        **ORDER TO ENLARGE TIME FOR THE**
                                                    **FILING OF PLAINTIFF'S MOTION FOR**
14                   Plaintiff,                     **ATTORNEYS' FEES**
                                                    **(L.R. 144 & 293)**
15          v.
                                                    Hon. Morrison C. England
16   CITY OF LOS BANOS, a municipal
     corporation; JAIRO ACOSTA, individually
17   and in his official capacity as Police Officer
     for the CITY OF LOS BANOS; and DOES
18   2-50,

19                   Defendants.

20
21          Pursuant to the Parties' Stipulation and good cause having been shown, the Court hereby

22   orders that the time for Plaintiff to file a motion for attorneys' fees under Local Rules 144 and 293 is

23   enlarged.  Any motion for attorneys' fees filed by Plaintiff shall be filed no later than 30 days after

24   post trial motions are decided by this Court.

25   ///

26   ///

27

28

In the event the Defendant does not file post-trial motions in this matter, the Court orders that time is hereby enlarged such that Plaintiff's motion for attorneys' fees shall be filed no later than 30 days after Defendant's post-trial motions would be due to be filed, calculated from the last day of any enlargement of time ordered by the Court for Defendant to file post-trial motions.

IT IS SO ORDERED.

Dated:  August 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE