UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAN LAM, as Success-In-Interest to decedent Sonny Lam (aka Son Tung Lam), <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CITY OF LOS BANOS, a Municipal Corporation, <br><br> Defendant, <br><br> and <br><br> JAIRO ACOSTA, Police Officer for the City of Los Banos, <br><br> Defendant - Appellant. | No. 18-17404 <br><br> D.C. No. 2:15-cv-00531-MCE-KJN <br> U.S. District Court for Eastern California, Sacramento <br><br> **MANDATE** |

The judgment of this Court, entered September 25, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $226.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TAN LAM, as Success-In-Interest to decedent Sonny Lam (aka Son Tung Lam),<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>CITY OF LOS BANOS, a Municipal Corporation,<br><br>    Defendant,<br><br>and<br><br>JAIRO ACOSTA, Police Officer for the City of Los Banos,<br><br>    Defendant-Appellant. | No. 18-17404<br><br>D.C. No. 2:15-cv-00531-MCE-KJN<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: THOMAS, Chief Judge, and FRIEDLAND and BENNETT, Circuit Judges.

The panel has voted to deny the petition for rehearing. Chief Judge Thomas and Judge Friedland have voted to deny the petition for rehearing en banc. Judge Bennett has voted to grant the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35(b).

The petition for rehearing and the petition for rehearing en banc are denied.