DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
JAIRO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No. 2:15-cv-00531-MCE-KJN<br><br>**JOINT STATUS REPORT** |

Per the Court's Order (Doc. 224) the parties submit the following Joint Status Report advising the court as to how the parties respectively want this matter to proceed on remand from the Court of Appeal.

Defendant will be filing a petition for cert to the United States Supreme Court on the ruling of the 9th Circuit. Due to COVID, the Court issued an order on March 19, 2020 extending the deadline in which to file petitions for cert to 150 days from the judgment or the order denying rehearing – extended from the normal 90 days due to the COVID-19 pandemic.

Based on the date of the order defendant will be filing the petition no later than April 15, 2021 rather than February 14, 2021 as originally calculated.

The parties will update the status again in 30 days.

Dated: January 27, 2021  ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/Dale L. Allen*
DALE L. ALLEN, JR.
Attorneys for Defendant
JAIRO ACOSTA

Dated: January 27, 2021  POINTER & BUELNA, LLP

By: */s/Adante D. Pointer*
ADANTE D. POINTER
Attorneys for Plaintiff
TAN LAM

Dated: January 27, 2021  LAW OFFICES OF JOHN L. BURRIS

By: */s/John L. Burris*
JOHN L. BURRIS
Attorneys for Plaintiff
TAN LAM

Dated: January 27, 2021  NOLD LAW

By: */s/Melissa C. Nold*
MELISSA C. NOLD
Attorneys for Plaintiff
TAN LAM

420841.1