**JOHN L. BURRIS (State Bar No. 69888)**
L AW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 9839-3882
john.burris@johnburrislaw.com

**ADANTÉ D. POINTER (State Bar No. 236229)**
**POINTER & BUELNA, LLP**
Lawyers For The People
1901 Harrison St., Suite 1140
Oakland, CA 94612
Telephone: (510) 929 - 5400
apointer@lawyersftp.com

**MELISSA C. NOLD (State Bar No. 301378)**
**NOLD LAW**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
attorneynold@gmail.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, individually and as Successor-in-Interest to Decedent Sonny Lam,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS BANOS, et al.<br><br>Defendants. | Case No. 2:15-cv-531- MCE- KJN<br><br>**JOINT STATUS REPORT** |

Per the Court's Order (Dkt. 224) the parties submit the following Joint Status Report advising the court Defendant's petition for writ of certiorari was denied by the United States Supreme Court on October 4, 2021. (Attached as Exhibit "A")

1

The parties respectfully request the court set a Case Management Conference at a date and time convenient to the court for the parties to discuss the jury award and Plaintiff's attorney's fee motion.

Dated: November 4, 2021

    /s/Adanté D. Pointer
ADANTÉ D. POINTER
Attorney for Plaintiff

Dated: November 4, 2021

    /s/ Dale Allen
DALE ALLEN
Attorney for Defendant

**EXHIBIT A**

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 4, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Jairo Acosta, Police Officer for the City of Los Banos
         v. Tan Lam, as Successor-in-Interest to Decendent Sonny Lam,
        aka Son Tung Lam
        No. 20-1461
        (Your No. 18-17404)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk