**JOHN L. BURRIS, Esq., SBN 69888**
**AYANA CURRY, Esq., SBN 209125**
**LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ayana.Curry@johnburrislaw.com

**ADANTÉ D. POINTER, Esq., SBN 236229**
**POINTER & BUELNA, LLP**
155 Filbert Street, Suite 208
Oakland, California 94607
(510) 929-5400
APointer@Lawyersftp.com

**MELISSA C. NOLD, Esq., SBN 301378**
**NOLD LAW**
521 Georgia Street
Vallejo, CA 945909
(707) 644-4004
Melissa@noldlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam ) and individually,<br><br>Plaintiff,<br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as a Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531 MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO AMEND JUDGMENT** |

**STIPULATION**

1. The parties stipulate and agree that the judgment in the above captioned case should be amended to the amount agreed upon amongst the parties during the February 2, 2023 settlement conference before Magistrate Judge Kendall J. Newman, the amount being $2,900,000.00.

2. The parties stipulate and agree that the amount of $2,900,000.00 includes the judgment, all fees and costs, and interest on the judgment up to the day of payment—not to exceed thirty (30) days after the Court orders this amended judgment.

3. Each party to bear their own attorney's fees and costs.

4. The parties stipulate and agree that if Defendants have not paid the amended judgment in thirty (30) days from the date the Court orders this amended judgment, then interest will begin to accrue again 45 days after entry of the Amended Order of Judgment.

5. The parties stipulate and agree that the amended judgment amount of $2,900,000.00 resolves the entire case, any claims brought or could be brought on behalf of any party and any future appeals or litigation in this matter.

6. Plaintiff to file a Dismissal of the Entire Action with Prejudice and the clerk is directed to directed to close the file upon payment of the Amended Judgment.


Dated: February 3, 2023                    THE LAW OFFICES OF JOHN L. BURRIS

                                           By: _____/s/ John L. Burris_____
                                                   John L. Burris
                                                   Attorneys for Plaintiff Tan Lam


Dated: February 3, 2023                    _____/s/ Dale Allen_____
                                                   Dale Allen
                                                   Attorney for Defendants

**<u>ORDER</u>**

Based upon the stipulation of the parties and good cause appearing, the Judgment in the instant matter shall be amended to the amount of $2,900,000.00 owed to Plaintiff Tan Lam and to be paid within 30 days of the electronic filing of this Order for an Amended Judgment. Should the payment of $2,900,000.00 not be made in full within 30 days of this Order interest shall begin to accrue 45 days after the electronic filing of this Amended Judgment.

IT IS SO ORDERED.

Dated: February 9, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE