**JOHN L. BURRIS, Esq., SBN 69888**
**AYANA CURRY, Esq., SBN 209125**
**LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ayana.Curry@johnburrislaw.com

**ADANTÉ D. POINTER, Esq., SBN 236229**
**POINTER & BUELNA, LLP**
155 Filbert Street, Suite 208
Oakland, California 94607
(510) 929-5400
APointer@Lawyersftp.com

**MELISSA C. NOLD, Esq., SBN 301378**
**NOLD LAW**
521 Georgia Street
Vallejo, CA 945909
(707) 644-4004
Melissa@noldlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN LAM, as successor-in-interest to Decedent SONNY LAM ("aka" Son Tung Lam) and individually,<br><br>                     Plaintiff,<br>v.<br><br>CITY OF LOS BANOS, a municipal corporation; JAIRO ACOSTA, individually and in his official capacity as a Police Officer for the CITY OF LOS BANOS; and DOES 2-50,<br><br>Defendants. | Case No.: 2:15-cv-00531 MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Amended Judgment in this action (Dkt #242), this Court's February 9, 2023 Order and Defendants satisfaction of said Amended Judgment the parties, by and through their respective attorneys of record, hereby stipulate and jointly request the Court dismiss this entire action with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

<u>ATTORNEYS FOR PLAINTIFF</u>

Dated: April 12, 2023             LAW OFFICES OF JOHN L. BURRIS

                                  By: __/s/ John L. Burris__
                                      JOHN L. BURRIS

                                  NOLD LAW

Dated: April 12, 2023             By: __/s/ Melissa C. Nold__
                                      MELISSA C. NOLD


                                  POINTER & BUELNA, LLP

Dated: April 12, 2023             By: __/s/ Adante D. Pointer__
                                      ADANTE D. POINTER


<u>ATTORNEYS FOR DEFENDANTS</u>

                                  ALLEN, GLAESSNER, HAZELWOOD & WERTH

Dated:  April 12, 2023            By: __/s/ Dale Allen__
                                      DALE ALLEN

**ORDER**

**PURSUANT TO STIPULATION AND THE AMENDED JUDGMENT IN THIS ACTION (ECF No. 242), IT IS HEREBY ORDERED:**

This entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  April 17, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE